**TRENK, DIPASQUALE, WEBSTER,**
**DELLA FERA & SODONO, P.C.**
347 Mt. Pleasant Ave, Suite 300
West Orange, NJ 07052
973-243-8600
Attorneys for Receiver, Richard D. Trenk

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>SPARTA CHEM., INC., COMPU-KLEEN INC. of ELMWOOD PARK, and DENNIS J. SACCURATO,<br><br>    Defendants. | Civil Action No. 96-3228(KSH) |

**ORDER GRANTING RECEIVER'S PROFESSIONALS'**
**APPLICATIONS FOR FEES AND EXPENSES**

**THIS MATTER,** having been opened to the Court by Richard D. Trenk, Esq., Court-Appointed Receiver, and the Court having reviewed the detailed applications and verifications listing all fees and expenses incurred in this matter, and notice having been provided to Defendants and Plaintiff, and the Court having considered any opposition or responsive pleadings, and for good cause shown,

**IT IS,** on this 21st day of December, 2007,

**ORDERED** that the Receiver be, and hereby is, authorized to pay Trenk, DiPasquale, Webster, Della Fera & Sodono, P.C., attorneys for the Receiver, the sum of $ 76,096.98 for fees and expenses; and it is further

**ORDERED** that the Receiver be, and hereby is, authorized to pay Bederson & Company, LLC, accountants for the Receiver, the sum of $ 31,556.66 for fees and expenses; and it is further

**ORDERED** that the Receiver be, and hereby is, authorized to pay A. Atkins Appraisal Corp., appraiser for the Receiver, the sum of $ 1,125.00 for fees and expenses; and it is further

**ORDERED** that the Receiver be, and hereby is, authorized to pay Traxi Technologies, LLC, computer consultants for the Receiver, the sum of $ 2,850.00 for fees and expenses; and it is further

**ORDERED** that upon payment of the within fees and expenses, the balance of monies in the Receiver's account shall be returned to the Companies; and it is further

**ORDERED** that the Receiver be and is hereby authorized to discharge his Bond.

_____
HONORABLE KATHARINE S. HAYDEN
UNITED STATES DISTRICT JUDGE

F:\WPDOCS\A-M\FTC\Order-Receiver's 1st Fee Appn.doc