# WARREN F. CLARK
### ATTORNEY AT LAW
79 MAIN STREET
SUITE 2
HACKENSACK, NEW JERSEY 07601
(201) 342-1720

FACSIMILE (201) 342-2935
E-mail: wfclarkesq@worldnet.att.net

January 7, 2008

Honorable Katharine S. Hayden, U.S.D.J.
U.S. P.O. & Courthouse Building
Room 311
P.O. Box 999
Newark, New Jersey 07101-0999

Re: **Sparta Chem, et als adv. Federal Trade Commission**
**Civil Action No. 96-3228 (AMW)**

Dear Judge Hayden:

I am writing to request that Your Honor adjourn the date of the hearing in the above matter currently scheduled for February 1, 2008. My adversary, Malini Mithal, Esq. of the Federal Trade Commission, has consented to an adjournment for later in February, with a suggested date of February 25, 2008.

I thank Your Honor for any consideration which you may be able to provide.

Respectfully,

Warren F. Clark

WFC/met
cc: James A. Prunty, Esq.
Malini Mithal, Esq.
Richard D. Trenk, Esq.

\* Request GRANTED.
Return on ORDER to show cause is set for
February 25, 2008 at 10:00 a.m.

SO ORDERED
1/9/08
Katharine Hayden